IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| GS HOLISTIC, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BLACKHAWKS CHIEF TOBACCO & VAPE CORPORATION d/b/a BLACK HAWKS TOBACCO VAPE and HASSAN ELZOFRI,<br><br>　　　　　Defendants. | Case No. 2:23-cv-00903-JPS<br><br>Judge J P Stadtmueller |

### PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT

The Plaintiff, GS HOLISTIC, LLC, by and through its attorney, RYAN S. FOJO, makes this request for entry of a default judgment pursuant to Rule 55(b) against Defendant, HASSAN ELZOFRI, and in support thereof states as follows:

1. The Plaintiff filed its Complaint against the Defendants on July 7, 2023 [DE 1].

2. The Defendant HASSAN ELZOFRI was served with the Complaint and Summons via service by publication, with the last publication date of May 8, 2024 [DE 19].

3. On June 10, 2024, the Plaintiff filed a Motion for Entry of Clerk's Default against the Defendant, HASSAN ELZOFRI, which was subsequently granted on June 11, 2024. *See* [DE 20].

4. The Plaintiff thus moves for entry of default judgment pursuant to Fed. R. Civ. P. 55(b).

5.  In support of the motion, Plaintiff submit the following certifications:

    Exhibit A:  Declaration of Attorney Ryan S. Fojo, as to docket review and costs expended.

    Exhibit B: Declaration of Christopher Folkerts, Chief Executive Officer of GS Holistic, LLC, as to statutory damages.

    Exhibit C: Declaration of Christopher Folkerts, Chief Executive Officer of GS Holistic, LLC, as to value of damages

    Exhibit D: judgment in GS Holistic, LLC. v. Envirocure, LLC. and, Hassan Abid (22-cv-60463-BLOOM/Valle) for $151,147.89 in statutory damages.

    Exhibit E: judgment in GS Holistic, LLC. v. One Stop Vape et al (2:22-cv-04628-SVW-AGR) for $225,000 in statutory damages and $1,482 in costs.

    Exhibit F: judgment in GS Holistic, LLC. v. Cali Smoke Depot LLC et al (2:22-cv-06679-SPG-KS) for $150,000 in statutory damages and $1,0999.86 in costs.

    Exhibit G: judgment in GS Holistic, LLC. v. Bellair Cigarettes Inc et al One Stop Vape et al (2:22-cv-06363-GW-MRW) for $150,000 in statutory damages and $955.69 in costs.

    Exhibit H: judgment in GS Holistic, LLC. v. Pyramids Wholesale et al (2:22-cv-04632-SPG-RAO) for $300,000 in statutory damages and $1,462 in costs.

    Exhibit I: judgment in GS Holistic, LLC. v. Smoke Unlimited et al (1:22-cv-21254-FAM) for $250,000 in statutory damages and $563.41 in costs.

**THE TICKTIN LAW GROUP**
270 SW NATURA AVENUE, DEERFIELD BEACH, FLORIDA 33441
TELEPHONE: (561) 232-2222

Exhibit J: judgment in GS Holistic, LLC. v. Abood Enterprise et al (1:22-cv-06161) for $150,000 in statutory damages and $817 in costs.

Exhibit K: Trademark registration certificate for Stündenglass Marks.

Exhibit L: Pictures of the infringing sale.

6.  Plaintiff also submits and relies upon the Memorandum of Law in Support of Statutory Damages, in the amount of $150,000.00.

WHEREFORE, the Plaintiff requests default judgment against HASSAN ELZOFRI, in the amount of $150,000.00.

Respectfully submitted,
*/s/ Ryan S. Fojo*
Ryan S. Fojo
IL Bar # 6305940
The Ticktin Law Group
270 SW Natura Avenue
Deerfield Beach, Florida 33441
Serv606@LegalBrains.com
Telephone: 561-232-2222
Attorney for the Plaintiff

3

**THE TICKTIN LAW GROUP**
270 SW NATURA AVENUE, DEERFIELD BEACH, FLORIDA 33441
TELEPHONE: (561) 232-2222
Case 2:23-cv-00903-JPS    Filed 07/09/24    Page 3 of 4    Document 21

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 9, 2024, the foregoing document was mailed via Certified USPS to Defendants to the addresses in the Service List.

*/s/ Ryan S. Fojo*
Ryan S. Fojo

## SERVICE LIST

Blackhawks Chief Tobacco &
Vape Corporation d/b/a Black Hawks
Tobacco Vape
Registered Agent: Hassan Elzofri
3825 Roosevelt Rd.,
Kenosha, WI, 53142